1  Sean Ferry (SBN 310347)
   sferry@rasflaw.com
2  **ROBERTSON, ANSCHUTZ & SCHNEID**
   7676 Hazard Center Drive, Suite 500
3  San Diego, CA 92108
   Telephone: (561) 241-6901 Ext. 2036
4

5  Attorneys for Creditor
   Deutsche Bank National Trust Company, as
6  Trustee for American Home Mortgage Assets Trust
   2007-2, Mortgage-Backed Pass-Through
7  Certificates Series 2007-2

8                **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10                                                    | Case No. 2:19-bk-13717-VZ
    In re                                             |
11                                                    | Chapter 13
    Fanny Giraldo                                     |
12            Debtor.                                 | **OBJECTION TO CONFIRMATION OF
                                                      | DEBTOR'S CHAPTER 13 PLAN OF
13                                                    | REORGANIZATION**
                                                      |
14                                                    | **SUBJECT PROPERTY:**
                                                      | 24969 Avenida Balita
15                                                    | Valencia, CA 91355
                                                      |
16                                                    | **CONFIRMATION HEARING:**
                                                      | DATE:          March 9, 2020
17                                                    | TIME:          9:00 AM
                                                      | PLACE:         255 E Temple St., Los
18                                                    |                Angeles, CA 90012
                                                      | CTRM:          1368
19                                                    | JUDGE:         Vincent P. Zurzolo

20       Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets

21  Trust 2007-2, Mortgage-Backed Pass-Through Certificates Series 2007-2, by and through its

22  authorized loan servicing agent, Ocwen Loan Servicing, LLC (collectively the "Creditor"),

23  secured creditor of the above-entitled debtor, Fanny Giraldo ("Debtor"), hereby objects to

24  confirmation of the Chapter 13 Plan filed by the Debtor in the above-referenced matter.   The basis

25  of the objection is stated below: [1]

26

27  [1] This objection shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P.
    4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Robertson, Anschutz, & Schneid's
28  participation in this proceeding. Moreover, the within party does not authorize Robertson, Anschutz, & Schneid, either

# I.    STATEMENT OF FACTS[2]

On or about November 27, 2006, Debtor executed a promissory note in the original principal sum of $560,800.00 (the "Note") which was made payable to American Brokers Conduit. ("Lender").   The Note was and remains secured by a recorded deed of trust (the "Deed of Trust") encumbering the real property located at 24969 Avenida Balita, Valencia, CA 91355 (the "Subject Property").  Subsequently, Lender's beneficial interest under the Deed of Trust was transferred to Creditor.

On April 2, 2019, Debtor filed the instant Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Central District of California - Los Angeles Division, and was assigned case number 19-13717.

On April 15, 2019, Debtor filed her Chapter 13 Plan ("Plan") which provides for Creditor's claim in Class 2.  The Plan includes payments towards Creditor's claim; however, the figures used by the Debtor are inaccurate.  It is anticipated that Creditor's claim will show the pre-petition arrearage due to Creditor in the amount of $84,902.93, whereas the Plan proposes to pay only $71,739.69.

# II.    ARGUMENT

**A.    DEBTOR'S CHAPTER 13 PLAN CANNOT BE CONFIRMED BECAUSE IT DOES NOT PROMPTLY CURE CREDITOR'S PRE-PETITION ARREARS AS REQUIRED BY 11 U.S.C. §1322(b)(5)**

Section 1325(a)(1) requires that "the plan complies with the provisions of this chapter and with the other applicable provisions of this title."  11 U.S.C. § 1325(a)(1).   Section 1322(b)(5) requires that all chapter 13 plans must provide for the "curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is

expressly or impliedly through Robertson, Anschutz, & Schneid's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.
[2] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the Court take judicial notice of the sworn bankruptcy schedules and other relevant documents filed in the instant case.

1   due." Further, section 1322(b)(2) prohibits debtors from modifying the rights of secured creditor

2   whose security interest is secured solely by the debtor's principal residence.

3         In the present case, the major deficiency with Debtor's Plan is that it incorrectly asserts the

4   outstanding arrearage balance of Creditor's pre-petition claim. Specifically, Debtor's Plan states

5   that Creditor's pre-petition arrears are only $71, 739.69; however, Creditor anticipates[3] that its

6   claim will reflect pre-petition arrears in the amount of $84,902.93. Accordingly, Debtor's Plan

7   fails to meet the requirements of section 1325(a)(1) because it does not provide to promptly cure

8   the **entire** outstanding balance of Creditor's arrearage claim as required by section 1322(b)(5).

9   Based upon the foregoing, the Court should deny confirmation of the Debtor's Plan. In the

10   alternative, the Court should confirm the Plan with a provision stating the Debtor must cure

11   Creditor's entire pre-petition arrears, estimated in the amount of $84,902.93, in equal monthly

12   payments over a period of time not to exceed (60) months.

13         **WHEREFORE**, Creditor respectfully requests:

14             1.     That the Court deny confirmation of the Debtor's Plan;

15             2.     For such other and further relief as this court deems just and proper

16

17                           Respectfully submitted,

18

19                           **ROBERTSON, ANSCHUTZ & SCHNEID, P.L**.

20   Dated: 4/26/2019                 /s/ *Sean Ferry* (SBN 310347)
                                      SEAN FERRY

21                                   Attorneys for Deutsche Bank National Trust
                                      Company, as Trustee for American Home Mortgage

22                                   Assets Trust 2007-2, Mortgage-Backed Pass-
                                      Through Certificates Series 2007-2

23

24

25

26

27   _____

[3] The deadline for filing a proof of claim is June 11, 2019.

28

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

7676 Hazard Center Drive, Suite 500
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/26/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Charles J Brash        lawofficescbrash@aol.com, brashcr78877@notify.bestcase.com

Nancy K Curry (TR)        TrusteeECFMail@gmail.com

Sean C Ferry        sferry@ecf.courtdrive.com, bkyecf@rasflaw.com

United States Trustee (LA)        ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 4/26/2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fanny Giraldo                    Charles J Brash
24969 Avenida Balita        24405 Chestnut St Ste 207
Valencia, CA 91355          Newhall, CA 91321

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/26/2019 | Sean C. Ferry | /s/ Sean C. Ferry |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.