1  Sean C. Ferry (SBN 310347)
   sferry@rasflaw.com
2  **ROBERTSON, ANSCHUTZ & SCHNEID**
   7676 Hazard Center Drive, Suite 500
3  San Diego, CA 92108
   Telephone: (561) 241-6901 ext. 2036
4
   Attorneys for Creditor
5  DEUTSCHE BANK NATIONAL TRUST
   COMPANY, AS TRUSTEE FOR AMERICAN
6  HOME MORTGAGE ASSETS TRUST 2007-2,
   MORTGAGE-BACKED PASS-THROUGH
7  CERTIFICATES SERIES 2007-2

8              **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>Fanny Giraldo,<br><br>    Debtor. | Case No. 2:19-bk-13717-VZ<br><br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL** |

**NOTICE IS HEREBY GIVEN THAT** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-2 ("Creditor"), secured creditor of the above-entitled debtor, Shannon Devaney ("Debtor"), hereby WITHDRAWS the Objection to Confirmation of Plan ("Objection"), Docket No. 16, filed on April 26, 2019, as the Objection was resolved via the amended plan.

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L**.

Dated: May 2, 2019    /s/ *Sean C. Ferry* (SBN 310347)
                      SEAN C. FERRY
                      Attorneys for DEUTSCHE BANK NATIONAL
                      TRUST COMPANY, AS TRUSTEE FOR
                      AMERICAN HOME MORTGAGE ASSETS
                      TRUST 2007-2, MORTGAGE-BACKED PASS-
                      THROUGH CERTIFICATES SERIES 2007-2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

7676 Hazard Center Drive, Suite 500
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF WITHDRAWAL
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/02/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Debtor's Counsel: Charles J Brash    lawofficescbrash@aol.com, brashcr78877@notify.bestcase.com
- Chapter 13 Trustee: Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- US Trustee: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/02/2019____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTORS COUNSEL
Charles J Brash
24405 Chestnut St Ste 207
Newhall, CA 91321

DEBTOR
Fanny Giraldo
24969 Avenida Balita
Valencia, CA 91355

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/02/2019 | Sean C. Ferry | /s/ Sean C. Ferry |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**